Court Clerk
Criminal Court of Appeals
for the State of Texas
P.O. Box 12308 Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

RE: Trial Court No. DO10501-R
      Writ No(s) WR-60,904-01
              WR-60,904-02
    STATE vs PURSLEY,

Dear Sir,

In 2004 I attempted to file WR 60,904-01 in Orange County Texas. Within 60 days it was sent back to me with a County Clerk note stating Austin sent back for correction or something like that. I had recieved the original.

In Nov 2014, I filed again. District Court denied writ and recommended Doctrine of Laches under EX PARTE PEREZ 2014 be applied.

In Dec 2014, Criminal Court of Appeals denied without writen order and I was notified January 2015.

What exactly does it mean without written order, and was it treated as a successive petition? I wrote State Counsel for Offenders and they said no second filings permitted but I never really had a first filing.

How can I get an estimate to get copies of

WR - 60,904-01

WR - 60,904-02

Thank you for your time in this matter

Sincerely,

Howard L. Pursley
TDCJ# 1098494
Gib Lewis Super Segregation
777 FM 3497
HSK-115
Woodville, TX 75990